WRIT. NO. 11-11635-A
82,757-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 04 2015

Abel Acosta, Clerk

EX PARTE

CORWIN DEMETRIUS JOHNSON
Applicant

§ IN THE TEXAS COURT
§
§ OF CRIMINAL APPEALS
§
§ AUSTIN, TEXAS
§

## FIRST OBJECTIONS TO TRIAL COURT'S FINDINGS, CONCLUSIONS AND RECOMMENDATION, ENTERED WITHOUT A HEARING BY A TRANSMITTAL ORDER

TO THE HONORABLE JUDGES OF TEXAS COURT OF CRIMINAL APPEALS

COMES NOW, Corwin Demetrius Johnson, Applicant, Files this First Objections to trial Courts Findings, Conclusions and Recommendation, entered without A hearing by a transmittal order, in Support would Shows the Relief as Follows.

I. FAILURE TO CONDUCT HEARING AND SUBMIT A CERTIFIED COPY OF DOCUMENTS OF THE APPOINTED COUNSEL AT THE AMENDED ZERO TOLERANCE TEAM OF THE REVOCATION DEFERRED PROBATION

The Trial Judge dismissed the Texas Court of

CRiminal Appeals ORDeR to hold A EviDentiary hearing and to Comply with Affidavit OR interrogetories pursuant to ORder writ NO.

issued this 17th day of February. 2015 However, First, Applicant Alleges RAquel West PResiding Judge did not Attached Any Records that the Applicant was Appointed trial Counsel At the Amended Revocation Deffered PRobation of the ZERO Tolerance. Trial Judge west Admits to (i) The Applicant had no trial counsel at the time Applicant signed Zero Tolerance Term January 7, 2013, Thus, Counsel Appointed on february 1, 2013 dues not meet the Applicant due PROcess Rights to sign the indigent documents OR pleadings without Counsel and ten days before document was signed and to consult with Counsel sufficiently in Advance of the ZERV TolERacc HEARing PRobation Amended. TEXAS CODE CRIM. PROC. ARt. 1.051 (a) (b), (c) (d), (e) (f) (g) (h), Campbell v. State, 606 S.W. 2d 862 (CR. APP. 1980), DUe PRocess of law violated on JANUARY 7, 2013 when document signed without counsel OR the rights to consult with Counsel before document signed January 7, 2013,

2.

SECOND OBJECTIONS Applicant objects that PREJudice Result when counsel Failed to objects to the Amended PRObation Term of TOLERANCE Under the FACTs without such ZERO TORLERance Term the trial court could not sentence the Applicant because Applicant was not convicted of Another felony and there was no PROOF,"

THRID OBJECTIONS innocence until PROVEN guilty by A trial Judge OR A JURY and there is No Evidence by Any person that sworned OR CERtified by notARy the Said Applicant Assaulted on JANUARY 11, 2013. Thus, Applicant have a Rights to trial before he can get convicted and thus Applicant can support there is no Evidence to support the reasons of the PRObation Revoked MARch 4,2013 NO ViolAtion occurred with PROOF thut Exists that counsel without the rights to Consult under ZERO TOLERANCE was not the Applicant SignAture Finally, NO EVIDENCE Applicant colluding Any victim by secreting herself to Avoid being served with subpoena was FAlsely PREJudice without PROOF

by trial Judge, TRuly. Abuse of discretion exists when the follows EXists (1) No REAsons of A conviction under the Applicant ARRest FoR Assault of (ZS), (2) No PROOF by A WRitten Statement Applicant Assaulted any victim, (3) TRial Judge had no REcoRds to CoRRoboRate the conviction by Any AggRavated Assault and without A CRiminal complaint violates due Process of law to Revoke PRobation.

## CONCLUSION AND RELIEF

Applicant Respectfully Requests the Honorable court to grant Relief and ORdeR the Applicant WRit Remanded to tRial court foR pRoof of the following (A) WRitten complaint of A Affidavit of A PRioR conviction foR Assault Against (ZS) 2 ORdeR Applicant his due PROcess violated on January 7, 2013 violated without tRial counsel At the Amended hearing of JAnuary 7, 2013 of ZERo ToleRance TeRm and (3) REMAND to Reinstatement deferred Adjudicated PRobation.

Respectfully submitted

Corwin O. Johnson
#1847148 PolunSky unit
3872 FM 350 Livingston, Tx

## CERTIFICATE OF SERVICE

I, CORWin O. Johnson # 1847148 hereby ceRtify a tRue and coRRect copy to CRiminal District AttoRney for JeffeRson County. Texas 1085 Pearl St. 3rd Floor. Beaumont, TX 7770l on February 20, 2014

CORWin O. Johnson